IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BOGGS, | No. 4:22-CV-00708 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SUPERINTENDENT BRIGGS, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 7th day of June 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 claims against defendants Superintendent Briggs and Diane Wolf are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to mark these Defendants as terminated.

3. Plaintiff, if desired, may file a *separate* civil lawsuit for his allegations of deliberate indifference to serious medical needs. Plaintiff is admonished that filing such a separate civil action will require full payment of the $350.00 filing fee, which can be paid in installments under the PLRA so long as Plaintiff meets the requirements for filing *in forma pauperis*.

4. The above-captioned case—number 4:22-CV-0708—will proceed solely as to Plaintiff's excessive force claim against defendant C.O. Geletti.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge